UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>17-3778</u>

ROQUE DE LA FUENTE, a/k/a Rocky,
                                          Appellant

v.

PEDRO A. CORTES, in his official capacity as the Secretary
of the Commonwealth of Pennsylvania; JONATHAN M. MARKS,
in his official capacity as Commissioner of the Bureau of
Commissions, Elections and Legislation

(M.D. Pa. No. 1-16-cv-01696)

Present:  SHWARTZ, NYGAARD, and RENDELL, <u>Circuit Judges</u>

1.  Motion by Appellees Pedro A. Cortes and Jonathan M. Marks for Clarification
    and/or Amendment of Opinion filed August 7, 2018.


                                          Respectfully,
                                          Clerk/kr


_____ORDER_____
The foregoing Motion by Appellees Pedro A. Cortes and Jonathan M. Marks to Clarify
or in the Alternative Amend Opinion dated August 7, 2018 is granted in the alternative.
An amended opinion will be filed simultaneously with this order.

                                          By the Court,

                                          <u>s/ Marjorie O. Rendell</u>
                                          Circuit Judge


Dated: October 26, 2018

kr/cc: Howard G. Hopkirk, Esq.
        Paul A. Rossi, Esq.